## 2891.   HILL *v*. THE STATE.

HILL, C. J.   No error of law is complained of, and the evidence amply supports the verdict.            *Judgment affirmed.*

DECIDED OCTOBER 14, 1910.

Accusation of misdemeanor; from city court of Oglethorpe— Judge Greer. August 17, 1910.

*A. C. Riley,* for plaintiff in error.

*Jule Felton, solicitor,* contra.

---

## 2904.   JONES *v*. THE STATE.

POWELL, J.   The evidence authorized the conviction.

*Judgment affirmed.*

DECIDED OCTOBER 14, 1910.

Accusation of sale of liquor; from city court of Macon—Judge Hodges.   July 16, 1910.

*W. A. McClellan, W. D. Nottingham,* for plaintiff in error.

*Waller J. Grace, solicitor-general,* contra.